# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Darrell Laki Ross | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  2:11-cr-00231-001<br>USM No.  #03691-087<br><br>Jay J. Finkelstein, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 2, 3 & 4  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall refrain from excessive use of alcohol. | 05/30/2011 |
| 2 | The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. | 10/07/2011 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  9600

Defendant's Year of Birth:  1976

City and State of Defendant's Residence:
Youngstown, OH

04/19/2012
Date of Imposition of Judgment

Signature of Judge

Gary L. Lancaster,            Chief U.S. Judge
Name and Title of Judge

4-23-2012
Date

DEFENDANT: Darrell Laki Ross
CASE NUMBER: 2:11-cr-00231-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | The defendant shall not leave this district without permission. | 10/10/2011 |
| 4 | The defendant shall report to the probation office and shall submit a truthful and complete written report within the first five (5) day of each month. | 04/05/2012 |

DEFENDANT: Darrell Laki Ross
CASE NUMBER: 2:11-cr-00231-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

18 months incarceration. This term shall consist of 18 months for the violation of Supervised Release at Counts 1 and 2, with both terms running concurrently and no further supervision to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

While incarcerated, the Court recommends to the Bureau of Prisons that the defendant be housed at the most suitable facility nearest Fort Dix, NJ.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL